1 | Galen T. Shimoda (Cal. State Bar No. 226752)
Justin P. Rodriguez (Cal. State Bar No. 278275)
2 | **Shimoda Law Corp.**
9401 East Stockton Boulevard, Suite 200
3 | Elk Grove, CA 95624
Telephone: (916) 525-0716
4 | Facsimile: (916) 760-3733
Email: attorney@shimodalaw.com
5 |       jrodriguez@shimodalaw.com

Attorneys for Plaintiff JUSTIN SMITH

David J. Dow (SBN 179407)
Kelsey E. Papst (SBN 270547)
**LITTLER MENDELSON, P.C**
500 Capitol Mall, Suite 2000
Sacramento, California 95814
Telephone: (916)830-7200
Email: ddow@littler.com
      kpapst@littler.com

Attorneys for Defendant GREYHOUND LINES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GREYHOUND LINES, INC., a Delaware Corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | **Case No. 2:17-CV-02238-TLN-AC**<br><br>**STIPULATION AND ORDER TO CONTINUE MOTION TO REMAND AND MOTION TO STAY**<br><br><br>Complaint Filed: September 15, 2017 |

This Stipulation and proposed Order is entered into between Plaintiff JUSTIN SMITH ("Plaintiff") and Defendant GREYHOUND LINES, INC. ("Defendant") (Plaintiff and Defendant all collectively, the "Parties"), by and through their counsel of record, as follows:

WHEREAS Plaintiff filed a Class Action against Defendant in the Superior Court of California for the County of Sacramento, Case No. 34-2017-00219188 on September 15, 2017;

WHEREAS Defendant removed Plaintiff's Action to the United States Superior Court for the Eastern District of California and filed a Notice of Removal on October 25, 2017;

WHEREAS Plaintiff filed a Motion to Remand on November 21, 2017 and the Hearing for that Motion is scheduled for July 26, 2018 at 2:00 p.m. in Courtroom 2, 15th Floor of the United States District Court for the Eastern District of California per the Court's order entered on June 11, 2018 extending the hearing date;

WHEREAS Defendant filed a Motion to Stay the Action on November 21, 2017 and the Hearing for that Motion is scheduled for July 26, 2018 at 2:00 p.m. in Courtroom 2, 15th Floor of the United States District Court for the Eastern District of California per the Court's order entered on June 11, 2018 extending the hearing date;

WHEREAS Defendant has not yet filed an opposition to Plaintiff's Motion to Remand;

WHEREAS Plaintiff has not yet filed an opposition to Defendant's Motion to Stay the Action;

WHEREAS the Parties are engaged in continued settlement discussions and the Parties agree it is in their best interest to further continue the motion hearings in order to facilitate settlement;

WHEREAS a ruling on the pending motions prior to a final determination between the Parties on whether settlement can be achieved will negatively affect the prospect of resolution.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, subject to the approval of the Court, as follows:

1. That the Court will continue Plaintiff's Motion to Remand Hearing currently set for 2:00 p.m. on July 26, 2018 to 2:00 p.m. on November 15, 2018;

2. That the Court will continue Defendant's Motion to Stay Hearing currently set for 2:00 p.m. on July 26, 2018 to 2:00 p.m. on November 15, 2018;

//

3. That all opposition and reply briefs due to be filed in connection with the Motion to Remand and/or Motion to Stay will be now be due based on the newly set hearing dates and in accordance with Local Rules; and

4. That nothing in this stipulation and proposed order, or the act of entering into this stipulation and proposed order, shall prejudice Plaintiff or Defendant in any argument they may otherwise make in the opposition and/or reply briefs.

**Shimoda Law Corp.**

Dated: July 11, 2018   By:   /s/ Justin P. Rodriguez
Galen T. Shimoda
Justin P. Rodriguez
Attorneys for Plaintiff

LITTLER MENDELSON, P.C.

Dated: July 11, 2018   By:   /s/ David J. Dow
David J. Dow
(as authorized on 7/10/18)
Kelsey E. Papst
Attorneys for Defendant

# ORDER

The COURT, having considered the above stipulation and finding good cause, HEREBY ORDERS that:

1. Plaintiff's Motion to Remand Hearing currently set for 2:00 p.m. on July 26, 2018, is continued to 2:00 p.m. on November 15, 2018;

2. Defendant's Motion to Stay Hearing currently set for 2:00 p.m. on July 26, 2018, is continued to 2:00 p.m. on November 15, 2018;

3. All opposition and reply briefs due to be filed in connection with the Motion to Remand and/or Motion to Stay will be now be due based on the newly set hearing dates and in accordance with Local Rules; and

4. Nothing in this stipulation order, or the act of entering into this stipulation and order, shall prejudice Plaintiff or Defendant in any argument they may otherwise make in the opposition and/or reply briefs.

IT IS SO ORDERED.

Dated: July 16, 2018

_____
Troy L. Nunley
United States District Judge